**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 170 EAL 2019
:
        Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
    v. :
:
:
JOSE PADILLA, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.